

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-15-00817-CV

Style:      In re TT-Fountains of Tomball, Ltd., incorrectly named as MBS

     Fountains of Tomball, Ltd. d/b/a Fountains of Tomball, and Henry S.

     Miller Realty Management, LLC, Relators

Date motion filed[*]:      November 12, 2015

Type of motion:      Letter-Motion for Extension of Time to File Response to Petition

Parties filing motion:      Real Party in Interest Laurie Mejia-Rosa

Document to be filed:      Response to Mandamus Petition

Is appeal accelerated?      Yes (original proceeding).

If motion to extend time:

     Original due date:      October 28, 2015

     Number of extensions granted:      0      Current Due Date: October 28, 2015

     Date Requested:      December 10, 2015

Ordered that motion is:

     ☑      Granted
           If document is to be filed, document due: December 10, 2015.
           ☑      No further extensions will be granted absent extraordinary circumstances.
     ☐      Denied
     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)
     ☑      Other: _____

   Because counsel states that two attorneys at his firm, who have not been lead counsel
   in the trial court proceeding for over a year, have been receiving all correspondence
   from this Court, the extension of time for the real party in interest to file a response to
   the petition is granted until December 10, 2015. *See* TEX. R. APP. P. 10.3(a)(1),
   10.5(b)(1)(C). As this is an original proceeding, **no further extensions will be**
   **granted absent extraordinary circumstances.** If attorneys Caj D. Boatright and Kala
   F. Sellers request designation as lead counsel, they must file a notice of appearance
   seeking such designation. *See* TEX. R. APP. P. 6.1(c), 6.2, 6.3(b).

Judge's signature: /s/ Laura Carter Higley
                 ☒ Acting individually      ☐ Acting for the Court
Date: November 16, 2015

November 7, 2008 Revision